Michel Fernanda Romero # 35806-510

Victorville Camp FCI Med I
PO Box 5300
Adelanto, CA 92301



In the United States District Court
for the District of Central California  5:25-CV-401-JAK-JDE

Michel F. Romero

    Petitioner,

vs.

Warden Eliseo Ricoleol,
    Respondent.

Civil Case No. CR2300023JAS

28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act

### 28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act

It is axiomatic that pro se filings should be liberally construed. See Erickson v. Pardus, 551 U.S. 89, 94 (2007). "In practice, this liberal construction allows courts to recognize claims despite various formal deficiencies, such as incorrect labels or lack of cited legal authority." Wall v. Rasnick, 42 F.4th 214, 218 (4th Cir. 2022).

I am asking for immediate release from prison to be put on supervised release per the amended Federal First Offenders Act that was signed by President Biden and Merrick B. Garland Attorney General on January 2025. I am guilty of a crime that is covered and I am first time offender which qualifies me for immediate release. I make this under the penalty of perjury that the aforementioned is true and correct.

_____ January 15, 2025, Adelanto, CA.

Michel Fernando Romero
#35806510
Victorville Camp FCI med,I
PO Box 5300
Adelanto, CA 92301

SN BERNARDINO CA 923

5 FEB 2025 PM 4

Attn: Clerk
Edward R. Roybal Fed. Bldg Courthouse
255 East Temple Street, Room #180
Los Angeles, CA 90012

90012-333299

CK

CLERK U.S. DISTRICT COURT
FEB -7 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

